**No. 10-11065. Mitchell Williams, Petitioner v. Clay Electric Cooperative, Inc.**

565 U.S. 865, 132 S. Ct. 209, 181 L. Ed. 2d 113, 2011 U.S. LEXIS 6581.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 61 So. 3d 1114.

**No. 10-11066. Terrence Antonio Dunson, Petitioner v. Raul Lopez, Warden.**

565 U.S. 865, 132 S. Ct. 209, 181 L. Ed. 2d 113, 2011 U.S. LEXIS 6414.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 428 Fed. Appx. 692.

**No. 10-11067. Javier Avila-Aguilar, Petitioner v. United States.**

565 U.S. 865, 132 S. Ct. 209, 181 L. Ed. 2d 113, 2011 U.S. LEXIS 6483.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 420 Fed. Appx. 742.

**No. 10-11068. Levon Burch, Petitioner v. Georgia.**

565 U.S. 865, 132 S. Ct. 209, 181 L. Ed. 2d 113, 2011 U.S. LEXIS 6443.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 10-11069. Johnny R. Burnette, Petitioner v. United States.**

565 U.S. 865, 132 S. Ct. 210, 181 L. Ed. 2d 113, 2011 U.S. LEXIS 7002.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 414 Fed. Appx. 795.

**No. 10-11070. Pierre Buissereth, Petitioner v. United States.**

565 U.S. 865, 132 S. Ct. 210, 181 L. Ed. 2d 113, 2011 U.S. LEXIS 6563.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 638 F.3d 114.

**No. 10-11071. Willard Eugene O'Neal, Jr., Petitioner v. Greg Province, Warden.**

565 U.S. 865, 132 S. Ct. 210, 181 L. Ed. 2d 113, 2011 U.S. LEXIS 6488.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 415 Fed. Appx. 921.